IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA M. DUGAN, as the Personal Representative of the Estate of Austin W. Dollard, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:25CV309<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiff's Notice of Dismissal with Prejudice (Filing No. 13). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs.

Dated this 29th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge